UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LIAM ROONEY,

                                Plaintiff(s),

     -against-

YARROW LLC, FJ SCIAME CONSTRUCTION CO.,
INC. and SCIAME DEVELOPMENT INC.,

                                Defendant(s).
------------------------------------------------------------------------X

Docket No. 07 CIV 5950
Date Filed: 6/22/07

STATEMENT PURSUANT TO FRCP RULE 7.1

C O U N S E L O R S:

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, YARROW, LLC; F.J. SCIAME CONSTRUCTION CO., INC., and SCIAME DEVELOPMENT INC.,, certifies that F.J. SCIAME CONSTRUCTION CO., INC., and SCIAME DEVELOPMENT INC.,, have no parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interests. YARROW, LLC; is a New York Limited Liability Company whose Members are EZS LLC and Durst Front Street LLC an affiliated company of The Durst Organization LP.

DATED:    New York, New York
               July 26, 2007

                          CONWAY, FARRELL, CURTIN & KELLY, P.C.

                          BY:
                          _____s/_____
                          MICHAEL T. BLUMENFELD (MTB-1744)
                          Attorneys for Defendants
                          YARROW, LLC; F.J. SCIAME
                          CONSTRUCTION CO., INC. and SCIAME
                          DEVELOPMENT INC.,
                          48 Wall Street, 20th floor
                          New York, New York  10005
                          212-785-2929

To:

JOHN O'GARA, ESQ.
Attorney for Plaintiff
270 Madison Avenue
Suite 1400
New York, NY 10016
(212) 481-8679

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LIAM ROONEY,

                             Plaintiff(s),

    -against-

YARROW LLC, FJ SCIAME CONSTRUCTION CO.,
INC. and SCIAME DEVELOPMENT INC.,

                             Defendant(s).
-------------------------------------------------------------------X

Docket No. 07 CIV 5950
Date Filed: 6/22/07

STATEMENT PURSUANT TO
FRCP RULE 7.1

                        STATEMENT PURSUANT TO FRCP RULE 7.1