UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LIAM ROONEY,

                              Plaintiff,

              -against-

YARROW LLC, FJ SCIAME CONSTRUCTION CO.,
INC. and SCIAME DEVELOPMENT INC.,

                              Defendants.

-------------------------------------------------------------------X

Docket No. 07 CIV 5950 (PKL)
Date Filed: 6/22/07

**CERTIFICATE OF SERVICE**

              The undersigned, **KATHLEEN FORTE,** hereby certifies that on July

25, 2007 she caused a copy of the foregoing **ANSWER** in the above-captioned

case to be served by First Class Mail upon the following:

John O'Gara, Esq.
270 Madison Avenue
Suite 1400
New York, New York 10016
(212) 481-8679

_Kathleen Forte_
KATHLEEN FORTE

Sworn to on this the
25th day of July, 2007

NOTARY PUBLIC

Janet Joshua
Commissioner of Deeds, City of New York
City of New York Number: 5-1683
Certificate Filed in New York County
Commission expires on 1/1/08