UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LIAM ROONEY

                        Plaintiff,

-against-

YARROW LLC, FJ SCIAME CONSTRUCTION
CO., INC. and SCIAME DEVELOPMENT INC.

                        Defendants.
-------------------------------------------------------X

CASE No. '07 CIV 5950

**STIPULATION OF DISCONTINUANCE**

SIRS:

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
          October 1, 2007

                                              JOHN O'GARA, Esq.
                                              Attorney for plaintiff
                                              LIAM ROONEY
                                              270 Madison Avenue
                                              Suite 1400
                                              New York, NY 10016

CONWAY, FARRELL, CURTIN & KELLY
Attorneys for defendants
YARROW LLC, FJ SCIAME CONSTRUCTION
CO., INC. and SCIAME DEVELOPMENT INC.
48 Wall Street
20th floor
New York NY 10005